An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDA BROWN WERNICK A/K/A
LINDA WARNICK,
Appellant,
vs.
ROBERT BROWN AND GARY
STEWART, TRUSTEES OF THE HARRY
BROWN FAMILY TRUST; BARBARA
BROWN, INDIVIDUALLY; ROBERT
BROWN, INDIVIDUALLY; AND SHANA
BROWN, INDIVIDUALLY,
Respondents.

No. 60124

**FILED**

JUL 0 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER PLACING APPEAL
### IN CIVIL PROPER PERSON PILOT PROGRAM

On March 14, 2013, this court entered an order granting appellant's motion for an extension of time to secure counsel. That order directed appellant to retain new counsel and cause new counsel to file a notice of appearance with this court by April 15, 2013, or the appeal would be placed into this court's pilot program for civil appeals. To date, appellant has not retained new counsel, and thus, this appeal shall be placed in the civil proper person pilot program. The clerk of this court shall provide appellant with a Civil Proper Person Appeal Statement, a Civil Proper Person Transcript Request Form, and the Instructions for Civil Litigants Without Attorneys. Appellant shall have 40 days from the date of this order to file and serve the Civil Proper Person Appeal Statement. Failure to file the statement within 40 days will result in the

SUPREME COURT
OF
NEVADA

(O) 1947A

13 - 19577

dismissal of this appeal. Respondents are not required to file any response to the Civil Proper Person Appeal Statement unless directed to do so by this court.

It is so ORDERED.

_Pickering_ , C.J.

cc:    Linda Brown Wernick
Freeland McKinley & McKinley/Las Vegas